FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 17 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

United States District Court
Eastern District of Washington

JEFFREY R FERGUSON
(JGF) minor
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

(See attachment)
_____
_____
_____

Case No. 2:22-cv-00236-SAB
(To be filled out by Clerk's Office only)

## COMPLAINT

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: **Ferguson, Jeffrey R**
Name (Last, First, MI)

**910 W Fairview Ave**
Street Address

**Spokane, Spokane**   **WA**   **99205**
County, City          State    Zip Code

**509-608-0565**                **daddy.fights.4u@gmail.com**
Telephone Number                E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **(See attachment)**
Name (Last, First)

_____
Street Address

_____
County, City        State       Zip Code

Defendant 2: _____
Name (Last, First)

_____
Street Address

_____
County, City        State       Zip Code

**Defendant(s) Continued**

Defendant 3: _____
Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code


Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code

## II.  BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

(See attched)

### III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Federal Question requires District Court hears cases not State court And for all the above reasons 28 USC 1391 (1)(2)(3)(4)

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: (See Attached)

Date(s) of occurrence: _____

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

(See attached)

| What happened to you? | |

| Was anyone else involved? | (See Attached) |

| Who did what? | (See attached) |

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

(See attached)

## VI. RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $ 10,000,000

☒ Other (explain):

Custody of child. Jail sentence as the law reads for crimes as these.

(See attached)

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_10/17/22_
Dated

_[signature]_
Plaintiff's Signature

_Ferguson Jeffrey R._
Printed Name (Last, First, MI)

_810 W Fairview Ave_    _Spokane_    _WA_    _99205_
Address    City    State    Zip Code

_509-608-0565_
Telephone Number

_daddy.fights.4u@gmail.com_
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

( See Attached )