FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY R. FERGUSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY SUPERIOR COURT et al.,<br><br>    Defendants. | No. 2:22-CV-00236-SAB<br><br>**ORDER CLOSING FILE** |

On February 7, 2023, the Court granted Defendant Pamela Haley's Motion to Dismiss and granted Plaintiff leave to file an Amended Complaint within thirty days. ECF No. 27. Plaintiff was instructed that the failure to file a timely Second Amended Compliant would result in dismissal of his Amended Complaint without prejudice. Plaintiff has failed to file a timely Second Amended Complaint.

//
//
//
//
//
//
//
//

**ORDER CLOSING FILE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Amended Complaint is **DISMISSED**, without prejudice.

2. Judgment is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to Plaintiff and counsel, and **close** the file.

**DATED** this 19th day of April 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER CLOSING FILE ~ 2**